Louis Getzoff, Appellant, *v.* Piedmont Fire Insurance Company, Respondent.

Supreme Court, Appellate Term, Second Department, January 29, 1953.

*Joseph Winston* and *J. Wolfe Chassen* for appellant.

*George I. Janow* for respondent.

*Per Curiam.* It was error to hold that the loss in question did not come within the provision for comprehensive coverage. The stone which fell from a truck and ultimately came in contact with the insured vehicle was a " falling object " within the fair intendment of the policy. Any doubt as to the meaning of the language of the policy must be resolved in favor of the assured (*Hartol Products Corp* v. *Prudential Ins. Co.*, 290 N. Y. 44).

The judgment should be unanimously reversed upon the law and facts and new trial granted, with $30 costs to plaintiff to abide the event.

Walsh, Colden and Murphy, JJ., concur.

Judgment reversed, etc.